UNITED STATES COURT OF APPEALS NOS. 25-400 & 25-408
DISTRICT COURT NOS. 2:24-CR-00091-ODW
& 2:24-CR-00702-ODW

_____

–

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ALEXANDER SMIRNOV,
Appellant-Defendant,

vs.

UNITED STATES OF AMERICA,
Appellee-Plaintiff.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

APPELLANT'S NOTICE OF NON-OPPOSITION TO GOVERNMENT'S
MOTION TO VACATE THE AMENDED JUDGMENTS AND REMAND
(Dkt Entry 18.1)

Comes Now, Appellant Alexander Smirnov, by and through his counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and hereby provides notice to the Court that Appellant does not oppose the Government's Motion to Vacate the Amended Judgments and Remand (Dkt Entry 18.1).

Dated this 9th day of May, 2025.

Respectfully Submitted:

CHESNOFF & SCHONFELD

 /s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Appellant
ALEXANDER SMIRNOV

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2025, the foregoing was served on all counsel registered for electronic service.

Dated 9th day of May, 2025.

/s/ Camie Linnell<br>Employee of Chesnoff & Schonfeld