UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ALEXANDER SMIRNOV, <br><br> Defendant - Appellant. | No. 25-400 <br><br> D.C. No. 2:24-cr-00091-ODW-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ALEXANDER SMIRNOV, <br><br> Defendant - Appellant. | No. 25-408 <br><br> D.C. No. 2:24-cr-00702-ODW-1 <br> Central District of California, <br> Los Angeles |

The motion (Docket Entry No. 21) for an extension of time to file the

consolidated answering brief is granted.

The consolidated answering brief is due October 21, 2025. The optional

consolidated reply brief is due within 21 days after service of the consolidated

answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT