# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant-Appellant. | C.A. Nos. 25-400, 25-408<br>D.C. Nos. 24-CR-91-ODW,<br>24-CR-702-ODW<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF; DECLARATION OF ALEXANDER P. ROBBINS** |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby moves this Court for a third extension of the time within which the government must file its answering brief in this matter. The government's answering brief currently is due on February 2, 2026. The government respectfully requests a 30-day extension of time, through March 4, 2026. Defendant does not object to this request.

The motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b) and is based on the files and records in this case and the attached declaration of Alexander P. Robbins.

No court reporter is in default with regard to any designated transcript.

DATED: January 26, 2026    Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

 *s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney
Acting Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

# DECLARATION OF ALEXANDER P. ROBBINS

I, Alexander P. Robbins, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and Acting Chief of my Office's Criminal Appeals Section.

2. I am responsible for reviewing and editing the government's answering brief in this case. Defendant filed his opening brief on April 25, 2025, following a streamlined extension request. The government then filed a motion for summary disposition, which was denied without prejudice. (Docket No. 20.) The government then filed a motion for an extension of its deadline to file its answering brief until October 21, 2025, which under the [Order Resetting Deadlines](#) was pushed to December 17, 2025, and a second extension request for 45 days, until February 2, 2026.

3. The government respectfully requests an additional 30-day extension for the following reasons:

    a. I entered my appearance in October and had no prior familiarity with this case. Previous government counsel in the U.S.

Attorney's Office have both withdrawn from this case and no longer work in this Office, although one of them is still with the Department.

  b. This case is in an unusual procedural posture in which the government has determined that vacatur and remand is appropriate (Docket No. 18), in agreement with defendant (Docket No. 19). As the Acting Chief of the Criminal Appeals Section, it is my responsibility to draft and file a brief that accurately represents the facts, thoroughly lays out the government's legal position, and responds to the question this Court directed the government to answer (Docket No. 20). I need additional time to do so.

  c. In addition to my management duties as Acting Chief of the Appeals Section (which includes reviewing all adverse district court decisions to determine whether to seek an appeal in this Court), and the slew of cases before this Court referred to in the government's previous extension request (including *United States v. Romero*, No. 24-1702, and *United States v. Antoun*, No. 25-3939, both filed this month), I am responsible for reviewing the government's briefs in *United States v. Sanford*, No. 25-2189 (due Feb. 19), *United States v. Sui*, No. 25-982 (due Mar. 17), and the government's memoranda seeking Solicitor

2

General authorization under 28 C.F.R. § 0.20(b) with respect to *United States v. Blandon-Saavedra*, No. 25-7261, *United States v. Parias*, No. 25-8156, and *United States v. Pineda*, 26-126.

    4.    On January 20, 2026, I contacted counsel for defendant to obtain defendant's position regarding the government's request for a 30-day extension. Defense counsel stated that he does not oppose the government's request.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of January, 2026, in Los Angeles County, California.

                              *s/ Alexander P. Robbins*

                              ALEXANDER P. ROBBINS
                              Assistant United States Attorney