# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 25-400

**Case Name** | United States of America v. Smirnov

Hearing Location (*city*) | Pasadena

Your Name | David Z. Chesnoff

List the sitting dates for the two sitting months you were asked to review:

September 14-18, 2026
October 19-23, 2026
October 26-30, 2026

Do you have an unresolvable conflict on any of the above dates? ○ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ David Z. Chesnoff     **Date** | 07/06/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*