UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant - Appellant. | No. 25-400<br><br>D.C. No.<br>2:24-cr-00091-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant - Appellant. | No. 25-408<br>D.C. No.<br>2:24-cr-00702-ODW-1<br>Central District of California,<br>Los Angeles |

The parties are directed to submit supplemental briefs addressing the following issues:

- Does *United States v. Ceballos*, 671 F.3d 852, 855–56 (9th Cir. 2011) (per curiam), preclude this court from exercising jurisdiction over these appeals?

- Do the parties contend, as the government suggests on pages 15–16 of its answering brief, that U.S. Sentencing Guidelines ("U.S.S.G.") § 5G1.3 required the district court to make "an actual 'adjustment' of 'the sentence' on the front end for the roughly 11 months that [Smirnov] had spent in pretrial detention"? In particular, did "another offense that is relevant conduct to the instant offense[s] of conviction"

carry "a term of imprisonment," and was there a basis for the district court to "determine[] that such period of imprisonment will not be credited to the federal sentence by the Bureau of Prisons"?  U.S.S.G. § 5G1.3(b), (b)(1).

These supplemental briefs shall be no longer than 2,800 words and shall be submitted no later than 14 days after the entry of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-400